ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2022 FEB 15 PM 2:04
DEPUTY CLERK __MS__

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | **3-22CR0080-K** |
| ZAKARY KEEGAN REYNOLDS | 22-CR-125-TDD |

### INDICTMENT

The Grand Jury charges:

Count One
Bank Robbery
(Violation of 18 U.S.C. § 2113(a))

On or about September 28, 2021, in the Dallas Division of the Northern District of Texas, **Zakary Keegan Reynolds**, the defendant, did knowingly and intentionally take, by force and violence, and by intimidation, from the person and presence of another, namely, an employee of Wells Fargo, 3535 Forest Lane, Dallas, Texas, United States currency belonging to and in the care, custody, control, management, and possession of Wells Fargo, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

Count Two
Bank Robbery
(Violation of 18 U.S.C. § 2113(a))

On or about November 24, 2021, in the Dallas Division of the Northern District of Texas, **Zakary Keegan Reynolds**, the defendant, did knowingly and intentionally take, by force and violence, and by intimidation, from the person and presence of another, namely, an employee of Capital One, 2903 Forest Lane, Dallas, Texas, United States currency belonging to and in the care, custody, control, management, and possession of Capital One, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

Forfeiture Notice
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

Upon conviction for any offense alleged in Counts One and Two of the indictment and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), **Zakary Keegan Reynolds**, the defendant, shall forfeit to the United States of America any property, real or personal, constituting or derived from proceeds traceable to the respective offense.

A TRUE BILL:

FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_/s/ Blake Ellison_
BLAKE J. ELLISON
Assistant United States Attorney
Texas Bar No. 24117203
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Phone: 214-659-8734
Email: blake.ellison@usdoj.gov

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ZAKARY KEEGAN REYNOLDS

INDICTMENT

18 U.S.C. § 2113(a)
Bank Robbery
(Count 1)

18 U.S.C. § 2113(a)
Bank Robbery
(Count 2)

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

DALLAS                                              FOREPERSON

Filed in open court this 15th day of February, 2022.

Defendant in Federal Custody since December 8, 2021.

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending

6